**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RITIK RITIK,<br><br>                              Petitioner,<br><br>    v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, *et al.*,<br><br>                              Respondents. | Case No. 26-cv-00881-BAS-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Ritik Ritik filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  The Court held a hearing on the Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds that Respondents' re-detention of Petitioner without notice and an opportunity to be heard violated his due process rights and the Administrative Procedure Act.  *See Mathews v. Eldridge*, 424 U.S. 319, 334–35 (1976); *cf. Noori v. LaRose*, 807 F. Supp. 3d 1146, 1168 (S.D. Cal. 2025) (citing 5 U.S.C. § 706(2)(A)).

Accordingly, the Court issues the following writ:

- 1 -

26cv0881

The Court **ORDERS** Respondents to immediately release Ritik Ritik (A# 221-189-736) on the same terms and conditions that he was previously released in November 2024.

Further, the Court issues the following injunctive relief:

Respondents are **PROHIBITED** from re-detaining Ritik Ritik (A# 221-189-736) unless Respondents provide Petitioner and his counsel with notice and an opportunity to be heard to challenge the grounds for re-detention.

The Clerk of Court shall close the case.

    **IT IS SO ORDERED.**

**DATED: March 6, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv0881